**No. 44800.**—Protest 28474–K of Strauss-Eckardt Co., Inc. (New York).

Opinion by Dallinger, J.   In accordance with the report of the collector the saws in question were held dutiable at 20 percent under paragraph 340 as claimed.

**No. 44801.**—Protest 38036–K of J. S. Staedtler, Inc. (New York).

Opinion by Dallinger, J.   It was stipulated that the merchandise consists of pencils stamped with names other than manufacturers' and similar to those the subject of *Staedtler* v. *United States* (2 Cust. Ct. 484, C. D. 183).   The claim at 50 cents per gross and 25 percent ad valorem under paragraph 1549 (a) was therefore sustained.

**No. 44802.**—Protest 947366–G of Greenberg & Josefsberg (New York).

Opinion by Dallinger, J.   In accordance with stipulation of counsel paperweights similar to those the subject of *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20) and oilcans like those passed upon in Abstract 40863 were held dutiable as household utensils or hollow ware at 40 percent under paragraph 339.

**No. 44803.**—Protests 36037–K, etc., of American Merchandise Co., Inc., et al. (New York).

Opinion by Dallinger, J.   It was stipulated that the merchandise consists of paperweights similar to those the subject of *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20).   The claim at 40 percent under paragraph 339 was therefore sustained.

**No. 44804.**—Protest 38468–K of B. Altman & Co. (New York).

Opinion by Dallinger, J.   It was stipulated that the merchandise consists of photo frames chiefly used on the table or in the household for utilitarian purposes.   The claim at 40 percent under paragraph 339 was therefore sustained.

**No. 44805.**—Protest 844351–G of New York Mdse. Co., Inc. (New York).

Opinion by Dallinger, J.   In accordance with stipulation of counsel and on the authority of *Rice* v. *United States* (T. D. 49373) the atomizers in question were held dutiable as household utensils at 40 percent under paragraph 339 as claimed.